IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00303-RPM-CBS

VALERIE RODRIGUEZ,

    Plaintiff,

v.

TIMOTHY SCUDDER, a police officer with the Denver Police Department,
in his individual capacity,

    Defendant.

_____

ORDER OF DISMISSAL
_____

    Pursuant to the Stipulated Motion to Dismiss [16] filed on this day, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own legal fees and costs except as set forth in Attachment A to the Stipulated Motion to Dismiss.

    DATED: September 4th, 2007

                                     BY THE COURT:

                                     s/Richard P. Matsch
                                     _____
                                   Richard P. Matsch, Senior District Judge